IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) LINDA SEWELL, an individual, )
and (2) RICHARD SEWELL, an )
individual, )
)
    Plaintiffs, )
)
v. ) No. 15-CV-314-TCK-TLW
)
(1) CSAA GENERAL INSURANCE )
COMPANY, a/k/a and/or d/b/a AAA )
INSURANCE COMPANY, a/k/a and/or )
d/b/a AAA, a Foreign for Profit )
Corporation; and )
(2) JANE DOE, an individual; and )
(3) JOHN DOE, a business entity, )
)
    Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Linda Sewell and Richard Sewell, by and through their attorney of record, John Paul Truskett, and Gregory D. Nellis, attorney of record for Defendant, and would show the Court that this matter has been compromised and settled and, therefore, stipulate to dismissal with prejudice of this action.

       /s/ John Paul Truskett
      (signed by filing attorney with permission of Plaintiff attorney)
      John Paul Truskett, OBA #20550
      Trusket Law Firm, P.L.L.C.
      2202 E. 49th Street, Suite 400
      Tulsa, OK  74105
      ATTORNEY FOR PLAINTIFFS

/s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
Atkinson, Haskins, Nellis, Brittingham,
    Gladd & Fiasco
525 S. Main, Suite 1500
Tulsa, OK 74103
T: (918) 582-8877   F: (918) 585-8096
Email: gnellis@ahn-law.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on December 17, 2015, the above and foregoing document was transmitted to the Clerk for the United States District Court for the Eastern District of Oklahoma using the ECF System for filing and transmittal to the following ECF registrants:

John Paul Truskett, OBA #20550
Samuel T. Perrine, OBA #32165
Trusket Law Firm, P.L.L.C.
2202 E. 49th Street, Suite 400
Tulsa, OK  74105
*Attorney for Plaintiffs, Linda Sewell and Richard Sewell*

  /s/ Gregory D. Nellis

S:\Files\311\24\Stipulation-mac.wpd

2